THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Harrison Rasul
 Abdurrahim, Appellant.
 
 
 

Appeal From Charleston County
  Thomas L. Hughston, Jr., Circuit Court
Judge

Unpublished Opinion No. 2008-UP-357
 Submitted July 1, 2008  Filed July 10,
2008

APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Scarlett Anne Wilson, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Harrison
 Rasul Abdurrahim appeals his guilty plea for trafficking cocaine.  The plea
 judge sentenced him to seven years imprisonment.  Abdurrahim argues the plea
 judge erred in accepting his guilty plea without obtaining a waiver of his
 right of confrontation and privilege against self-incrimination.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738
 (1967), we dismiss[1] Adburrahims appeal and grant counsels motion to be relieved.  
HEARN,
 C.J., CURETON and GOOLSBY, A.J.J. concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.